UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------------

In re: Texaco, Inc., et al.,

                  Reorganized Debtors.

--------------------------------------------------------------------------------

Texaco, Inc.; Chevron U.S.A. Holdings, Inc.

          Appellants.

               -against-

Louisiana Department of Energy and Natural Resources; Parish of Cameron; Parish of Jefferson; Parish of Plaquemines; Parish of St. Bernard; Parish of St. John the Baptist; Parish of Vermillion,

                  Appellees.

--------------------------------------------------------------------------------

Docket No.: 7:25-cv-02303 – KMK

## **STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Bankruptcy Procedure 8023(a), the parties hereby stipulate to the voluntary dismissal of this appeal without prejudice with each of the parties bearing its own costs.

*[Remainder of page intentionally left blank]*

Dated May 19, 2026

Victor L. Marcello
TALBOT, CARMOUCHE & MARCELLO
17405 Perkins Road
Baton Rouge, Louisiana 70810
(225) 400-9991
Victor L. Marcello (admitted *pro hac vice*)

KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS
200 West 41st Street, 17th Floor
New York, New York 10036
(212) 679-8700
Ian R. Winters
Brendan M. Scott

HELLER, DRAPER & HORN, L.L.C.
650 Poydras St., Suite 2500
New Orleans, Louisiana 70130
(504) 299-3300
Douglas S. Draper (admitted *pro hac vice*)

*Attorneys for the Parishes of Jefferson,*
*Plaquemines, St. Bernard, Cameron,*
*Vermillion, and St. John the Baptist*

LOUISIANA DEPARTMENT OF
ENERGY AND NATURAL RESOURCES
617 North Third Street
Baton Rouge, Louisiana 70802
(225) 342-4274
J. Blake Canfield (admitted pro *hac vice*)

*Attorneys for Louisiana Department of*
*Energy and Natural Resources*

Heather Lennox
JONES DAY
250 Vesey Street
New York, New York 10281
Telephone: 212-326-3939
Facsimile: 212-755-7306
hlennox@jonesday.com
nmorin@jonesday.com

Matthew C. Corcoran (admitted *pro hac vice*)
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, Ohio 43215
Telephone: 614-281-3822
Facsimile: 614-461-4198
mccorcoran@jonesday.com

*Attorneys for Reorganized Texaco Inc. and*
*Its Affiliates*

Dated May 19, 2026

_____

Victor L. Marcello
TALBOT, CARMOUCHE & MARCELLO
17405 Perkins Road
Baton Rouge, Louisiana 70810
(225) 400-9991
Victor L. Marcello (admitted *pro hac vice*)

KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS
200 West 41st Street, 17th Floor
New York, New York 10036
(212) 679-8700
Ian R. Winters
Brendan M. Scott

HELLER, DRAPER & HORN, L.L.C.
650 Poydras St., Suite 2500
New Orleans, Louisiana 70130
(504) 299-3300
Douglas S. Draper (admitted *pro hac vice*)

*Attorneys for the Parishes of Jefferson,*
*Plaquemines, St. Bernard, Cameron,*
*Vermillion, and St. John the Baptist*

_____

LOUISIANA DEPARTMENT OF
ENERGY AND NATURAL RESOURCES
617 North Third Street
Baton Rouge, Louisiana 70802
(225) 342-4274
J. Blake Canfield (admitted pro *hac vice*)

*Attorneys for Louisiana Department of*
*Energy and Natural Resources*

_____

Heather Lennox
JONES DAY
250 Vesey Street
New York, New York 10281
Telephone: 212-326-3939
Facsimile: 212-755-7306
hlennox@jonesday.com
nmorin@jonesday.com

Matthew C. Corcoran (admitted *pro hac vice*)
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, Ohio 43215
Telephone: 614-281-3822
Facsimile: 614-461-4198
mccorcoran@jonesday.com

*Attorneys for Reorganized Texaco Inc. and*
*Its Affiliates*

Dated April 7, 2026

Victor L. Marcello
TALBOT, CARMOUCHE & MARCELLO
17405 Perkins Road
Baton Rouge, Louisiana 70810
(225) 400-9991
Victor L. Marcello (admitted *pro hac vice*)

KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS
200 West 41st Street, 17th Floor
New York, New York 10036
(212) 679-8700
Ian R. Winters
Brendan M. Scott

HELLER, DRAPER & HORN, L.L.C.
650 Poydras St., Suite 2500
New Orleans, Louisiana 70130
(504) 299-3300
Douglas S. Draper (admitted *pro hac vice*)

*Attorneys for the Parishes of Jefferson,
Plaquemines, St. Bernard, Cameron,
Vermillion, and St. John the Baptist*

LOUISIANA DEPARTMENT OF
ENERGY AND NATURAL RESOURCES
617 North Third Street
Baton Rouge, Louisiana 70802
(225) 342-4274
J. Blake Canfield (admitted pro *hac vice*)

*Attorneys for Louisiana Department of
Energy and Natural Resources*

Heather Lennox
JONES DAY
250 Vesey Street
New York, New York 10281
Telephone: 212-326-3939
Facsimile: 212-755-7306
hlennox@jonesday.com
nmorin@jonesday.com

Matthew C. Corcoran (admitted *pro hac vice*)
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, Ohio 43215
Telephone: 614-281-3822
Facsimile: 614-461-4198
mccorcoran@jonesday.com

*Attorneys for Reorganized Texaco Inc. and
Its Affiliates*